IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARREYLL T. THOMAS,

        Plaintiff,

v.

MEREDITH MASHAK, GWEN SCHULTZ
EDWARD WALL, JAMES GREER
and DAVID BURNETTE,

        Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-496-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) granting plaintiff Darreyll T. Thomas's motion to dismiss with prejudice as to defendants Edward Wall and David Burnette; and

(2) granting Meredith Mashak, Gwen Schultz and James Greer's motion for summary judgment and and dismissing this case.

/s/                                                                                     11/9/2017
Peter Oppeneer, Clerk of Court                       Date