UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2018 FEB 28 AM 9:47

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

DARREYLL T. THOMAS,
    Plaintiff,

v.

Case No. 16-CV-496-bbc

MEREDITH MASHAK, GWEN SCHULTZ,
and JAMES GREER,
    Defendants,

---

## PLAINTIFF'S MOTION TO SEEK RELIEF
## BY APPEAL FROM THE SEVENTH CIRCUIT COURT

Comes Now, Darreyll Tarone Thomas, Plaintiff, for motion to seek relief by appeal from the Seventh Circuit Court. Plaintiff hereby requests this Court allow him leave to have the herein issues reviewed, and ultimately ruled on by the Seventh Circuit. Plaintiff, prays the court grant the attached motion in order to avoid a complete miscarriage of justice.

Respectfully Submitted,

_____
Darreyll T. Thomas

February 24th, 2018